IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MARTIN MARIETTA MATERIALS, INC.                       PLAINTIFF

V.                       CASE NO. 4:06cv1036GH

ZURICH AMERICAN INSURANCE CO.                       DEFENDANT

## DISMISSAL ORDER

Pursuant to the dismissal stipulation of the parties, and for good cause shown, Plaintiff's Complaint is dismissed with prejudice, with each party to bear its own costs.

It is so ordered this 8th day of February.

_____
GEORGE HOWARD, JR., District Judge